IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ANDREA LASHUN WILLIAMS                                                                          PLAINTIFF
*on behalf of*
S.E.A., Jr., a minor

vs.                                            Civil No. 6:14-cv-06151

CAROLYN W. COLVIN                                                                               DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Comes now the Court on this the 28th day of April 2015, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that Defendant's Motion to Dismiss (ECF No. 9) is **GRANTED** and Plaintiff's Complaint be **DISMISSED**.

**IT IS SO ORDERED.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE